## U.S. Bankruptcy Court
## Eastern District of Arkansas

In re:

Bankruptcy Case No.**4:26–bk–12620**

**DEVIN RANDY BRYANT AND NATALIE JANE BRYANT**
Debtor

Adversary Proceeding No.**4:26–ap–01063**

**GARY DAVIS,**
**TRACY DAVIS,**
Plaintiff
v.
**DEVIN RANDY BRYANT,**
**NATALIE JANE BRYANT,**
Defendant

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OR AR

SEP 25 2026

LINDA McCORMACK CLERK by MJ

### CERTIFICATE OF SERVICE

I, Tracy Davis, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the summons and a copy of the complaint, in the above–styled case, was made 9-25-2026 by:

X Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

James O. Wyre II
Bankruptcy Professional Center
1014 Markham, Ste 3
Conway, AR 72032

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following person of suitable age and discretion (then residing therein) at:

_____ Publication: The defendant was served as follows: [Describe briefly]

_____ State Law: The defendant was served pursuant to the laws of the State of _______________, as follows:[Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 9-25-2026 Signature: Tracy Davis.

(S) MJ
OTC

CSD 3007

**U.S. Bankruptcy Court**
**Eastern District of Arkansas**

In re:

Bankruptcy Case No.**4:26–bk–12620**

**DEVIN RANDY BRYANT AND NATALIE JANE BRYANT**
Debtor

Adversary Proceeding No.**4:26–ap–01063**

**GARY DAVIS,**
**TRACY DAVIS,**
Plaintiff
v.
**DEVIN RANDY BRYANT,**
**NATALIE JANE BRYANT,**
Defendant

CERTIFICATE OF SERVICE

I, Tracy Davis, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the summons and a copy of the complaint, in the above–styled case, was made 9-25-2026 by:

X Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:
Natalie Jane Bryant
PO Box 13
Rose Bud, AR 72137

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following person of suitable age and discretion (then residing therein) at:

_____ Publication: The defendant was served as follows: [Describe briefly]

_____ State Law: The defendant was served pursuant to the laws of the State of _______________, as follows:[Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 9-25-2026 Signature: Tracy Davis.

CSD 3007

## U.S. Bankruptcy Court
## Eastern District of Arkansas

In re:

Bankruptcy Case No.**4:26–bk–12620**

**DEVIN RANDY BRYANT AND NATALIE JANE BRYANT**
Debtor

Adversary Proceeding No.**4:26–ap–01063**

**GARY DAVIS,**
**TRACY DAVIS,**
Plaintiff
v.
**DEVIN RANDY BRYANT,**
**NATALIE JANE BRYANT,**
Defendant

CERTIFICATE OF SERVICE

I, Tracy Davis, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the summons and a copy of the complaint, in the above–styled case, was made 9-25-2026 by:

X Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:
Devin Randy Bryant
PO Box 13
Rose Bud, AR 72137

_____ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

_____ Residence Service: By leaving the process with the following person of suitable age and discretion (then residing therein) at:

_____ Publication: The defendant was served as follows: [Describe briefly]

_____ State Law: The defendant was served pursuant to the laws of the State of ________________, as follows:[Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 9-25-2026 Signature: Tracy Davis.

UNITED STATES POSTAL SERVICE®

LITTLE ROCK
600 E CAPITOL AVE
LITTLE ROCK, AR 72202-9998
www.usps.com

09/25/2026 02:45 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 3 | $1.89 | $5.67 |
| First-Class Mail® Large Envelope<br>Rose Bud, AR 72137<br>Weight: 0 lb 7.00 oz<br>Estimated Delivery Date<br>Mon 09/28/2026 | 1 | | $3.43 |
| First-Class Mail® Large Envelope<br>Conway, AR 72032<br>Weight: 0 lb 8.60 oz<br>Estimated Delivery Date<br>Mon 09/28/2026 | 1 | | $4.02 |
| First-Class Mail® Large Envelope<br>Rose Bud, AR 72137<br>Weight: 0 lb 9.60 oz<br>Estimated Delivery Date<br>Mon 09/28/2026 | 1 | | $4.32 |

Grand Total: $17.44

Debit Card Remit $17.44
Card Name: MasterCard
Account #: XXXXXXXXXXXX2823
Approval #: 044544
Transaction #: 426
Receipt #: 045203
Debit Card Purchase: $17.44
AID: A0000000042203 Contactless
AL: US Debit

TO REPORT AN ISSUE

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused boxes MUST be completely removed/obliterated if they no longer match the contents.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

Looking for a new opportunity? Join a team that delivers! The Postal Service is actively hiring for full and part-time positions. To learn more visit us at www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS
(1-800-275-8777)
Agents do not have any additional information other than what is provided on USPS.com.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,

or call 1-800-410-7420.

---

UFN: 045145-0013
Receipt #: 840-57200261-1-6109158-1
Clerk: 96